UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HESS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>　　　　　Defendants. | CASE No. 1:22-cv-01349-ADA-EPG<br><br>ORDER GRANTING DEFENDANT TRANS UNION'S AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT<br><br>(ECF No. 11) |

　　　This matter is before the Court on the agreed motion to extend the deadline for Defendant Trans Union, LLC to respond to Plaintiff's complaint from December 14, 2022, to December 28, 2022. (ECF No. 11). As grounds, the motion states that the extension will allow the parties to "devote their energies to resolving this matter," and Plaintiff does not oppose the extension.

　　　Upon review, IT IS ORDERED that Defendant Trans Union, LLC's agreed motion (ECF No. 11) is granted.  Defendant Trans Union shall have up to and including December 28, 2022, to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

　　Dated:　__December 15, 2022__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1