1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| NICHOLAS HESS, | Case No.  1:22-cv-01349-ADA-EPG |
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANS UNION LLC ONLY |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | (ECF No. 17) |
| Defendants. | |

On January 24, 2023, Plaintiff filed a notice of voluntary dismissal with prejudice as to Defendant Trans Union LLC only. (ECF No. 17). Defendant Trans Union LLC has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Trans Union LLC has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to terminate Defendant Trans Union LLC as a defendant on the docket.

IT IS SO ORDERED.

Dated:  __**January 25, 2023**__             _____
                                                                /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE