UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HESS,<br><br>         Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>         Defendants. | Case No. 1:22-cv-01349-ADA-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>(ECF No. 19) |

On March 8, 2023, the remaining parties[1] filed a stipulation dismissing all claims against Defendant Experian Information Solutions, Inc. with prejudice and with each party to bear its own attorney fees and costs. (ECF No. 19). In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the case against Defendant Experian Information Solutions, Inc. has been dismissed with prejudice and without an award of attorney fees and costs. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Because no Defendants remain in this case, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **March 9, 2023**              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Trans Union LLC was previously dismissed in this action. (ECF Nos. 17, 18).

1